

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2021

No. 04-20-00142-CV

Charles W. **HANOR**,
Appellant

v.

Dicky G. **HANOR**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-24182
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Sitting: Rebeca C. Martinez, Chief Justice
      Patricia O. Alvarez, Justice
      Luz Elena D. Chapa, Justice
      Irene Rios, Justice
      Beth Watkins, Justice
      Liza A. Rodriguez, Justice

On December 16, 2020, a panel of this court issued an opinion affirming the trial court's judgment in this case. On December 31, 2020, appellant filed a motion seeking en banc reconsideration of that opinion. After consideration, appellant's motion is DENIED. *See* TEX. R. APP. P. 49.7.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court